THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James T. Bramlett,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-115
Submitted December 23,2 003  Filed 
 February 24, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

 PER CURIAM:  James T. Bramlett 
 pled guilty to possession with intent to distribute heroin and possession of 
 marijuana.  The circuit court sentenced him to ten-years imprisonment for possession 
 with intent to distribute heroin, suspended on service of eighteen-months imprisonment 
 and three years probation.  Furthermore, the circuit court sentenced him to 
 thirty-days imprisonment for possession of marijuana, the sentences to run concurrently.  
 Subsequently, Bramlett was arrested for noncompliance with the terms of his 
 probation, and the circuit court partially revoked his probation, imposing five 
 years of his suspended sentence.  Pursuant to Anders v. California, 386 
 U.S. 738 (1967), Bramletts counsel attached a petition to be relieved.  Bramlett 
 did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Bramletts appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE,
JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.